UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

                Plaintiff,

-against-

714 REALTY NY, LLC AND SOCIALEYES OPTICAL INC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2022__

22 Civ. 6939 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 17, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 15, 2022. ECF No. 9. The parties have submitted a joint letter but have not submitted a case management plan. *See* ECF No. 18. This submission is now overdue. Accordingly, by **October 31, 2022**, the parties shall submit a proposed case management plan.

    SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge